ACCEPTED
03-15-00284-CR
6630758
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 5:36:48 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00284—CR

| | | |
|---|---|---|
| EX PARTE | X | IN THE COURT OF APPEALS |
| | X | |
| | X | THIRD COURT OF APPEALS |
| | X | |
| LEONARD RAY BARKER | X | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 5:36:48 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on August 5, 2015. A previous Motion to Extend Time was filed on July 13, 2015, and granted the following day.

II.

The undersigned counsel needs additional time to examine the record and complete the research necessary to complete the Appellant's Brief. Counsel has labored to complete the Appellant's Brief as quickly and

diligently as possible, but other obligations to other clients have impeded his efforts. Counsel is scheduled to begin a jury trial in the 331st District Court of Travis County on August 31, 2015, in a matter involving one first degree count of Aggravated Sexual Assault and two counts of Indecency with a Child by Contact (*State v. San Juan)*. Counsel has no reasonable belief that the case will be resolved in any manner other than contested trial, lasting approximately one week, and no other cases are set on the trial docket in the 331st District Court at that time.

In light of this and other ongoing obligations and responsibilities, counsel would hereby respectfully request the deadline be extended to September 21, 2015.

### III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Second Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 24th day of August, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 443 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS